UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
SEP 12 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA,   )
         Plaintiff,   )
       )
v.   ) No.
       ) **4:19CR00749 SRC/NCC**
CHARLES MENKE, JR.,   )
         Defendant.   )

## INDICTMENT

The Grand Jury charges:

From on or about May 1, 2019, continuing until on or about July 3, 2019, within the Eastern District of Missouri, the defendant,

**CHARLES MENKE JR.,**

did embezzle, steal, purloin, or knowingly convert to his use, and the use of others, money of the United States or of any department or agency thereof, or any property made or being made under contract for the United States or any department or agency thereof, to wit: $1,404.00 in the form of Social Security Administration Title II benefit payments, creating a total loss to the government in excess of $1,000.00.

In violation of Title 18, United States Code, Section 641.

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN,
United States Attorney

_____
DIANE E.H. KLOCKE, #61670MO
Special Assistant United States Attorney